# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | RICHARD E & ANITA REES |
| **Case Number:** | 2:20-BK-00284-EPB   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 04, 2020 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | LETICIA OROSCO |

### Matter:

DEBTOR'S MOTION TO CONTINUE THE SECTION 362(A) STAY PURSUANT TO SECTION 362(C)(3)

**R / M #:**   18 / 0

### Appearances:

THOMAS ADAMS MCAVITY, ATTORNEY FOR RICHARD E REES (T), ANITA REES (T)

### Proceedings:

Mr. McAvity advised that no objections were received.

COURT:  IT IS ORDERED GRANTING THE MOTION. MR. MCAVITY IS DIRECTED TO UPLOAD A FORM OF ORDER.