**ZBS Law, LLP**
3550 N. Central Ave., Ste. 625
Phoenix, AZ 85012
Phone: (602) 282-6188
Fax: (602) 865-8086
E-mail: Jtirello@zbslaw.com
Joseph J. Tirello, Jr., Esq. (AZ Bar #033371)
Attorneys for Lakeview Loan Servicing, LLC
[File No. 19002665]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Richard E. Rees and Anita Rees,

    Debtor,

Case # 2:20-bk-00284-EPB

Chapter 13

**LIMITED OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN By Lakeview Loan Servicing, LLC**

    Lakeview Loan Servicing, LLC, ("SECURED CREDITOR"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for the reasons stated below.

    1.    SECURED CREDITOR is the holder of a note ("the SECURED CREDITOR Note"), secured by a deed of trust recorded in the first position against certain real property, ("the Property"), generally described as 25370 W. Carson Dr., Buckeye, AZ 85326 and legally described as:

> LOT 315, BLUE HILLS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 826 OF MAPS, PAGE 34 AND AN AFFIDAVIT OF CORRECT RECORDED AS 2008-1018747 OF OFFICIAL RECORDS

    Copies of the Note, Deed of Trust and Assignment of Deed of Trust held by SECURED CREDITOR will be attached to the proof of claim which was filed on March 19, 2020 as Claim number 26.

2. The plan, in its current form, is ambiguous as to the Debtor's ability to strip Secured Creditor's claim upon the completion of the plan. Specifically, the plan provides that ". . . the Plan will modify rights and duties of the Debtor and credits, except secured creditors will retain their liens **until the earlier of payment of the underlying debt or Debtor's discharge under Code § 1328**." (emphasis added) (Docket No.: 13, Page 1, Para. 4). This portion of the Plan suggests that Secured Creditor's lien will be retained until such a time that a discharge is entered. However, this is contrary to treatment afforded to Secured Creditor under the code. Accordingly, Secured Creditor objects to the treatment of its lien to the extent of potentially losing its security interest.

3. The Plan also seeks to underfund the arrearage claim. According to the Plan, the Plan seeks to pay $4,054.00 towards the pre-petition arrears. However, the filed proof of claim indicates that the arrears are actually $8,488.55. Secured Creditor requests that the payment towards the arrears be paid pursuant to the filed proof of claim.

4. The amount of the post-petition payments will change over the duration of this bankruptcy proceeding due to changes in the interest rate and escrow amount impounded for taxes and insurance. Therefore, SECURED CREDITOR objects to plan to pay a fixed amount as stated in the plan for regular post-petition payments. The Debtor must pay the then-current monthly payment amount, as that amount may vary over the term of the plan.

WHEREFORE, SECURED CREDITOR objects to confirmation of the Chapter 13 Plan.

DATED this 24th day of April, 2020

ZBS Law, LLP

/s/ Joseph J. Tirello, Jr.
Joseph J. Tirello, Jr., Esq.
Attorney for Lakeview Loan Servicing, LLC

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Original e-filed this 24th day of April, 2020 with: |
| 4 | United States Bankruptcy Court District of Arizona |
| 5 | |
| 6 | Copy of the foregoing was mailed on the 24th day of April, 2020 to: |
| 7 | |
| 8 | Chapter 13 Trustee:<br>**RUSSELL BROWN**<br>3838 NORTH CENTRAL AVENUE, SUITE 800 |
| 9 | PHOENIX, AZ 85012-1965 |

Original e-filed this 24th day of April, 2020 with:

United States Bankruptcy Court
District of Arizona

Copy of the foregoing was mailed on the 24th day of April, 2020 to:

Chapter 13 Trustee:
**RUSSELL BROWN**
3838 NORTH CENTRAL AVENUE, SUITE 800
PHOENIX, AZ 85012-1965

Attorney for Debtor:
**THOMAS ADAMS MCAVITY**
PHOENIX FRESH START BAKRUPTCY ATTORNEYS
4602 E Thomas Rd, Ste S-9
PHOENIX, AZ 85028

Debtor:
**RICHARD E REES**
**ANITA REES**
25370 W PARSON DR
BUCKEYE, AZ 85326

By /s/ Joseph J. Tirello, Jr.